1  FREDERIC FLETCHER (CSBN 238038)
   417 2nd Street, Suite 204
2  Eureka, CA 95501
   Telephone: (707) 502-2642
3  FAX: (888) 979-8171
   Email: fletcher@lawca.us

4  Attorney for Plaintiff KATHARINE KIRKPATRICK

5  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
6    Including Professional Corporations
   TRACEY A. KENNEDY, Cal. Bar No. 150782
7  NAMAL TANTULA, Cal. Bar No. 247373
   TIMOTHY T. KIM, Cal. Bar No. 314365
8  333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
9  Telephone:  213.620.1780
   Facsimile:  213.620.1398
10 Email:      tkennedy@sheppardmullin.com
               namaltantula@sheppardmullin.com
11             tkim@sheppardmullin.com

12 Attorneys for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE
   COMPANY
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHARINE KIRKPATRICK,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1-10 INCLUSIVE,<br><br>    Defendant. | CASE NO.: 19-cv-03696-RMI<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: April 7, 2020<br>Time: 1:00 p.m.<br>Courtroom: Federal Court Building<br>3140 Boeing Avenue<br>McKinleyville, CA 95519<br>Judge: Honorable Robert M. Illman. |

JOINT STIPULATION TO CONTINUE CMC
19-CV-03696-RMI
SMRH:4847-0270-0217.1                -1-

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff Katharine Kirkpatrick ("Plaintiff"), and Defendant State Farm Mutual Automobile Insurance Company ("Defendant") hereby stipulate to continue the Case Management Conference in this action, currently scheduled for April 7, 2020 to July 7, 2020 or an available date soon thereafter.

**WHEREAS**, Plaintiff filed her Complaint in this matter in the Superior Court of California, County of Humboldt, on April 30, 2019.

**WHEREAS**, Defendant filed a Notice of Removal and removed this case to the United States District Court, Northern District of California, on June 25, 2019.

**WHEREAS**, the parties appeared for a Case Management Conference on September 24, 2019, and were referred to Magistrate Judge Nathanael Cousins to participate in a settlement conference.

**WHEREAS**, the parties appeared before Judge Cousins on November 19, 2019, and a settlement conference was set for January 16, 2020.

**WHEREAS**, the parties rescheduled the January 16, 2020 settlement conference to March 5, 2020 to allow additional time for the parties to confirm a date for Plaintiff's deposition in January 2020.

**WHEREAS,** due to unforeseen circumstances, including a sick child and flight cancellations due to severe weather conditions in Eureka, CA (Plaintiff's location), the parties rescheduled the March 5, 2020 settlement conference to May 7, 2020, which the parties anticipate will be continued in light of COVID-19 Orders.

**WHEREAS**, due to the Safer at Home Orders, Plaintiff's deposition has not yet been taken, and the parties are conferring regarding a potential video deposition via Zoom or other teleconference service in May or June 2020.

JOINT STIPULATION TO CONTINUE CMC
19-CV-03696-RMI
SMRH:4847-0270-0217.1                -2-

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between all parties to this action that the Case Management Conference should be continued to July 9, 2020 or an available date soon thereafter.

**IT IS SO STIPULATED.**

Respectfully submitted,

Sheppard Mullin, Richter, & Hampton, LLP

Dated: April 2, 2020     By:    /s/ Timothy T. Kim
TRACEY A. KENNEDY
NAMAL TANTULA
TIMOTHY T. KIM

Attorneys for Defendant State Farm Mutual Automobile Insurance Company

FLETCHER LAW OFFICES

Dated: April 2, 2020     By:    /s/Frederic Fletcher
FREDERIC FLETCHER
Attorney for Plaintiff Katharine Kirkpatrick

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.

ORDER

The Case Management Conference previously set for April 7, 2020 is reset to July 7, 2020 at 2:00 p.m. The parties shall appear by phone by dialing 888-684-8852/Access Code 1868782.

DATED: 4/6/2020

ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE